UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>TANNER TOMLINSON,<br><br>     Defendant. | Case No. CR21-140<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

 (1) Defendant has been charged by indictment with theft of government property and conspiracy to commit theft of government property. Defendant has a history of failure to appear with a total of thirty (30) warrants issued since 2018, with four (4) still active. The defendant through his attorney made no argument as to release, lodged no objections to the contents of the

DETENTION ORDER - 1

United States Probation and Pretrial report, and stipulated to detention but motioned to be allowed to revisit and reopen the detention issue as COVID-19 has limited the ability to confer.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) As there are currently COVID-19 restrictions in place that limit the ability of the defendant to confer with his attorney, the defendant is granted leave to file a motion to reopen and present argument on the issue of detention.  This hearing can be heard in front of any on duty Magistrate Judge in the Western District.

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of January, 2022.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2