The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TANNER TOMLINSON, <br> Defendant. | NO. CR21-140 RAJ <br><br> ~~PROPOSED~~ STIPULATED ORDER FOR RESTITUTION |

The Court, having found that in conjunction with his acceptance into the District's Drug Reentry Alternative Model ("DREAM") program, Defendant Tanner Tomlinson signed a plea agreement dated May 9, 2022, in which he agreed to pay restitution to the victim of his offense for losses caused by the offense. The parties have subsequently agreed that the victim of the offense is the United States Forest Service and it incurred losses totaling $117,994. Defendant agreed in the plea agreement that his restitution obligation should be joint and several with any co-defendants who may be ordered to pay restitution to the same victim for the same losses. Defendant further agreed in the plea agreement that the restitution amount was due and payable immediately; and that Defendant would commence payment of restitution pursuant to a schedule established by the U.S. Probation Office.

STIPULATED RESTITUTION ORDER
*United States v. Tomlinson,* CR22-140RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Defendant shall make restitution payments to the United States Forest Service in the amount of $117,994 as directed by the U.S. Probation Office during Defendant's participation in the DREAM program with any remaining balance due and payable at such time as Defendant successfully completes the DREAM program or is terminated from such program. Any unpaid amount is to be paid during Defendant's participation in the DREAM program, to the extent of being financially able, in monthly installments as determined and directed by U.S. Probation. Interest on the restitution shall be waived. All payments shall be made to the United States District Court for the Western District of Washington, with the Clerk forwarding money received to the victim as follows:

U.S. Department of Agriculture
Forest Service
ASC, R&C-Debt Management
101B Sun Avenue NE
Albuquerque, NM 87109

IT IS FURTHER ORDERED that Defendant begin making restitution payments as outlined above immediately.

IT IS FURTHER ORDERED that Defendant's restitution obligation is joint and several with any co-defendants who may be ordered to pay restitution to the United States Forest Service for the identified losses.

DATED this 14th day of November 2022.

_____
The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

STIPULATED RESTITUTION ORDER
*United States v. Tomlinson,* CR22-140RAJ -2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970