The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TANNER TOMLINSON,<br><br>Defendant. | NO. CR21-140 RAJ<br><br>**AMENDED ORDER FOR RESTITUTION** |

On July 28, 2023, this Court entered an order for restitution obligating Defendant Tomlinson to pay restitution of $70,000 to the U.S. Department of Agriculture – Forest Service. *See* Dkt. 126.

On September 18, 2023, the parties filed a joint stipulation requesting that the Court modify the restitution order to reflect that Defendant's restitution obligation was joint and several with any other co-defendant in this matter.

The Court hereby accepts the parties' stipulation and orders the following:

1. Restitution in the amount of $70,000 to U.S. Department of Agriculture – Forest Service shall be due and payable immediately. Restitution shall be joint and several with any co-defendants who are ordered to pay restitution to the same victim for the same losses in this matter. All payments shall be made to the United States District

AMENDED ORDER FOR RESTITUTION
*TOMLINSON*/CR21-140 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Court for the Western District of Washington, with the Clerk forwarding money received to the victim as follows:

> U.S. Department of Agriculture
> Forest Service
> ASC, R&C-Debt Management
> 101B Sun Avenue, NE
> Albuquerque, NM 87109

2. The Defendant shall continue making restitution payments through the clerk of the court in the amount of no less than $25 per month with the minimum payment subject to revision by order of the Court depending upon the Defendant's financial circumstances, until the restitution obligation is satisfied. Payments will be made to the *United States District Court, Western District of Washington,* referencing case No. CR21-140 RAJ, using one of the following methods:

   a. Online payments through the U.S. Treasury website, Pay.gov, using a checking account, savings account or a card (credit, debit or prepaid);

   b. Personally or by First Class Mail to:
   United States District Court, Western District of Washington
   Attn: Financial Clerk – Lobby Level
   700 Stewart Street
   Seattle, Washington 98101

3. Compliance with this obligation shall be enforced as follows:

   a. Defendant shall report all restitution payments, specifying the amounts paid and providing proof of payment, in writing to United States Probation, U.S. Probation Office – Western District of Washington, 700 Stewart Street, Suite 11101, Seattle, Washington 98101, and the U.S. Attorney's Office, Attn: DREAM Executive Review Team, 700 Stewart Street, Suite 5220, Seattle, Washington 98101, on a quarterly basis, that is, within one week following expiration of each 90 day period after dismissal of criminal charges;

   b. Defendant shall report employment and wage information, specifying employer name, address and phone number, and wage/salary amount, in writing to United States Probation and the U.S. Attorney's Office, within one week after employment commences;

   c. Defendant shall report change of residential address and phone numbers in writing to United States Probation and the U.S. Attorney's Office within one week of a change;

AMENDED ORDER FOR RESTITUTION
*TOMLINSON*/CR21-140 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

d. In the event the U.S. Attorney's Office believes Defendant has defaulted on his restitution obligation, it shall first advise him in writing and provide an opportunity to cure the default or submit a written explanation to the U.S. Attorney's Office within one week of receiving the default notice;

e. If, after reviewing defendant's response, the U.S. Attorney's Office continues to believe Defendant has defaulted on his restitution obligation, it shall file with the court an *ex parte* application seeking an order to show cause why Defendant should not be held in contempt for failing to comply with the Court's order regarding restitution.

IT IS SO ORDERED.

DATED this 19th day of September, 2023.

_____
The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

Presented by:

*/s/ Joseph C. Silvio*
JOSEPH C. SILVIO
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, Washington 98101

AMENDED ORDER FOR RESTITUTION
*TOMLINSON*/CR21-140 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970